UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS DODOO,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>    Defendant. | 21-cv-07106-VC<br><br>**JUDGMENT** |

The Court, having remanded this case, now enters judgment in favor of the plaintiff and against the defendant. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: March 8, 2022

_____

VINCE CHHABRIA
United States District Judge